UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                        )<br>)<br>MIGUEL YANET ADAMES-PEREZ,   )<br>a/k/a RAFAEL ROJAS              )<br>)<br>) | 04CR10014-PBS<br>CRIMINAL NO.<br><br>VIOLATION:<br>8 U.S.C. § 1326<br>Illegal Re-entry of<br>Deported Alien |

### INDICTMENT

<u>COUNT ONE</u>: 8 U.S.C. §1326 - Illegal Re-entry of Deported Alien

The Grand Jury charges that:

On or about July 7, 2003, at Lawrence, in the District of Massachusetts,

MIGUEL YANET ADAMES-PEREZ,
a/k/a RAFAEL ROJAS,

defendant herein, being an alien and having been excluded, deported and removed from the United States, attempted to enter, entered, and was found in the United States without having received the express consent of the United States Attorney General prior to March 1, 2003, or the express consent of the Secretary of the Department of Homeland Security since that date, to reapply for admission to the United States.

All in violation of Title 8, United States Code, Sections 1326(a) and (b)(2) and Title 6, United States Code, Sections 202(3) and (4) and Section 557.

1

A TRUE BILL

_____
FOREPERSON OF GRAND JURY

_____
William H. Connolly
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS, Boston, January 21, 2004.

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk

1-21-04 at 11:57 Am

2

JS 45 (5/97) - (Revised USAO MA 3/25/02)

## Criminal Case Cover Sheet    U.S. District Court - District of Massachusetts

**Place of Offense:**    Category No. __II__    Investigating Agency __ICE__

City __Lawrence__    Related Case Information:

County __Essex__    Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant __X__
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Miguel Yanet Adames-Perez__    Juvenile  ☐ Yes  ☒ No

Alias Name __Rafael Rojas__

Address _____

Birth date: __1966__    SS#: _____    Sex: __M__    Race: __Hispanic__    Nationality: __Dominican__

**Defense Counsel if known:** _____    Address: _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA __William H. Connolly__    Bar Number if applicable __634501__

Interpreter: ☒ Yes  ☐ No    List language and/or dialect: __Spanish__

Matter to be SEALED:  ☐ Yes  ☒ No

☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by _____ on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty ___    ☐ Misdemeanor ___    ☒ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __1/21/04__    Signature of AUSA: _____

⬥JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy

**Name of Defendant**     Miguel Yanet Adames-Perez

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  8 U.S.C. § 1326(a) | Illegal Reentry of Deported Alien | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

**District Court Case Number**  (To be filled in by deputy  _____

**Name of Defendant**     Miguel Yanet Adames-Perez
JS 45.wpd - 3/13/02