# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

       v.                     CRIMINAL NO. 2004-10014-PBS

MIGUEL YANET ADAMES-PEREZ, ETC.,
       Defendant.

## *ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT*

COLLINGS, U.S.M.J.

    Upon the allowance of the motion of the United States, it is ORDERED that the DETENTION HEARING be, and the same hereby is, CONTINUED to <u>WEDNESDAY, JANUARY 28, 2004 AT 2:45 P.M. before the Honorable Joyce Alexander at COURTROOM 24, 7TH FLOOR</u>, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

    Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

                                      /s/ Robert B. Collings
                                      ROBERT B. COLLINGS
                                      United States Magistrate Judge

Date:  January 23, 2004.