AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF Massachusetts

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| V. | |
| Miguel Yanet Adames Perez | |
| a/k/a Rafael Rojas | CASE NUMBER: 04 CR 10014-PBS |
| DOB: 9/9/66 | |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    **Miguel Yanet Adames Perez**
                                            Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
being an alien and having been deported from the United States, was found in the United States without having received the express consent of the United States Attorney General to reapply for admission to the United States.

in violation of Title __8__ United States Code, Section(s) __1326 (a) and (b)__

Name of Issuing Officer

Signature of Issuing Officer

Title of Issuing Officer
JAN 2 1 2004
Date and Location

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 6420
Boston, Massachusetts 02210

Bail fixed at $ _____ by _____
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

WARRANT EXECUTED BY ICE
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.