UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.  CRIM. CASE NO:  CR04-10014 PBS

MANUEL YANET ADAMES-PEREZ
    Defendant

## ORDER ON
## APPOINTMENT OF FEDERAL DEFENDER

COLLINGS, U.S.M.J.

On Friday, January 23, 2004, the defendant in the above-entitled action, appeared before this Court for the purpose of an Initial Appearance on an indictment charging him with 8 U.S.C. §1326, illegal re-entry of a deported alien. The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel, it is hereby ORDERED that attorney Charles McGinty of the Federal Defender Office for the District of Massachusetts be appointed, effective as of January 23, 2004, to represent said defendant in this cause until further order of the Court.

    SO ORDERED.

ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE

By the Court:

/S/ Rex Brown
Courtroom Clerk

January 28, 2004
Date