UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 04-cr-10014-PBS |
| | ) |
| MIGUEL ADAMES-PEREZ | ) |

## MOTION TO CONTINUE DETENTION HEARING

Defendant, Miguel Adames-Perez, respectfully moves for a
continuance of the detention hearing in this matter for one day,
from Wednesday, Jan 28, 2004 to Thursday, Jan 29, 2004.  Defense
counsel states that he has court commitments on Wednesday and
needs the extra day to prepare.  The government has no objection.

MIGUEL ADAMES-PEREZ
By his attorney,

Charles P. McGinty
    B.B.O. #333480
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061


## CERTIFICATE OF SERVICE

I, Charles P. McGinty, hereby certify that a true copy of
the above document was served upon Assistant United States
Attorney William Connolly by delivery on January 27, 2004.

Charles P. McGinty