UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL CASE NO. 04-10014 PBS |
| V. | |
| MIGUEL YANET ADAMES PEREZ<br>Defendant | |

NOTICE
OF STATUS CONFERENCE

ALEXANDER, U.S.M.J.

PLEASE TAKE NOTICE that the above-entitled case has been set for an **initial status conference** at **2:15 p.m.** on **Wednesday, March 17, 2004,** before Magistrate Judge Alexander in Courtroom #24, 7th floor, United States Courthouse, One Courthouse Way, Boston, MA 02210.

The defendant need not be present on hearing date.

HONORABLE JOYCE LONDON ALEXANDER
U.S. MAGISTRATE JUDGE
By the Court:

March 1, 2004               /S/ Rex Brown
Date                        Courtroom Clerk
                            (617) 748-9238

Notice:    Charles McGinty, Esq.
           AUSA William Connolly, Esq.