UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL CASE NO. 04-10014 PBS

UNITED STATES OF AMERICA

V.

MIGUEL YANET ADAMES PEREZ
Defendant

**ORDER ON DETENTION**
March 3, 2004

ALEXANDER, U.S.M.J.

On February 4, 2004, the defendant appeared before this Court for an arraignment and detention hearing. The government was represented by Assistant United States Attorney William Connolly and the defendant was represented by attorney Charles McGinty. The government made an oral motion to detain the defendant.

In that an arraignment was held and the defendant consented to detention and waived his right to a detention hearing without prejudice, this Court hereby ORDERS that the above-named defendant be detained pending trial, pursuant to 18 U.S.C. § 3142 (e).

SO ORDERED.

/S/ Joyce London Alexander
UNITED STATES MAGISTRATE JUDGE