UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

CRIMINAL CASE
NO. 04-10014 PBS

MIGUEL YANET ADAMES PEREZ (1)
    Defendants

NOTICE
OF STATUS CONFERENCE

ALEXANDER, U.S.M.J.

PLEASE TAKE NOTICE that the above-entitled case previously set at 10:15 a.m. on March 17, 2004, has been re-set for a **initial status conference** at **10:00 a.m., Thursday, March 18, 2004,** before Magistrate Judge Alexander in Courtroom #24, 7th floor, United States Courthouse, One Courthouse Way, Boston, MA 02210.

Please note that the defendants need not be present.

HONORABLE JOYCE LONDON ALEXANDER
U.S. MAGISTRATE JUDGE

By the Court:

March 17, 2004
Date

/S/ Rex Brown
Courtroom Clerk
(617) 748-9238

Notice to:    Charles McGinty, Esq.
              *via electronic filing*
              William H. Connolly, Esq.
              *via electronic filing*