UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

                                                    CRIMINAL CASE
        V.                                          NO. 04-10014 PBS

MIGUEL YANET ADAMES-PEREZ
            Defendant

REPORT & ORDER ON
INITIAL STATUS CONFERENCE

ALEXANDER, U.S.M.J.

        On March 22, 2004, the parties appeared before this Court for an Initial Status
Conference. With regard to the following issues, the parties have represented that:

1.  There are no unusual or complex issues presented requiring an early joint conference
of the District Judge or the Magistrate Judge with the attorneys;

2.  There are no features of the case  that deserve special attention or modification of the
standard schedule;

3.  There is no anticipated supplemental discovery;

4.   The government will provide discovery concerning any expert witnesses, pursuant to
Fed. R. Crim. P. 16 (a)(1)(E) & 16(b)(1)(C), twenty-one (21) days before trial and the
defense will provide the government with expert discovery ten (10) days before trial;

5.  The applicable periods of excludable delay under the Speedy Trial Act include:
January 23, 2004, through January 28, 2004 (6 days); January 28, 2004, through January
29, 2004 (1 day); January 29, 2004, through February 4, 2004 (6 days); February 4, 2004,
through March 3, 2004 (28 days); and March 18, 2004, through March 22, 2004 (5 days),
for a total of forty-six (46) days as of March 22, 2004.  The time period beginning March
3, 2004, and ending May 12, 2004 (65 days)  has not yet been excluded by written
motion;

6.  Trial is anticipated at this time.  The estimated duration of a trial is four (4) days;

7.  Other matters:  The government shall file a joint motion for any applicable periods of

excludable delay prior to appearance for the final status conference.

IT IS HEREBY ORDERED THAT

A motion date  pursuant to Fed. R. Crim. P. 12 (c) has  been established.  The defendant shall file any dispostive motions on or before April 23, 2004, with the government's response due on or before May 7, 2004.  A **Final Status Conference**  is scheduled at **10:30 a.m.** on **May 12, 2004,** in Courtroom 24, 7th floor.

**Pursuant to LR 116.5 (C), parties shall confer and, not later than three (3) business days before the Final status Conference, prepare and file a joint Final Status Conference Memorandum.**

HONORABLE JOYCE LONDON ALEXANDER
U.S. MAGISTRATE JUDGE

By the Court:

April 16, 2004                          /S/ Rex Brown
Date                                    Courtroom Clerk
                                        (617) 748-9238