UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

CRIMINAL ACTION
NO.  04-10014-PBS

v.

MIGUEL YANET ADAMES PEREZ

## NOTICE OF RULE 11 HEARING

SARIS, U.S.D.J.                                                                                                  May 10, 2004

      TAKE NOTICE that the above-entitled case has been set for a Rule 11 Hearing on **May 24, 2004** at **3:00 p.m.**, in Courtroom No. 13, 5th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

**NOTE:**  Defense counsel is to contact Probation and make arrangements to meet with the probation officer on the morning of the Rule 11 hearing.  Counsel should be prepared to spend as much time as necessary for the interview process as it takes approximately two hours.

By the Court,

/s/ Robert C. Alba
Deputy Clerk

Copies to:  All Counsel