UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. |
| V. | 04-10014 PBS |
| MIGUEL YANET ADAMES PEREZ<br>Defendants | |

PROCEDURAL ORDER
May 5, 2004

ALEXANDER, U.S.M.J.

In that the above-named defendant has been scheduled for a Rule 11 Change of Plea Hearing on May 24, 2004, at 3:00 PM in Courtroom 13 before Judge Patti B. Saris, the case is hereby returned to District Judge Saris. All hearing dates set by the Magistrate Judge are hereby vitiated.

/S/ Joyce London Alexander
United States Magistrate Judge