UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

MIGUEL YANET ADAMES PEREZ

CRIMINAL ACTION
NO.  04-10014-PBS

**NOTICE OF RESCHEDULED SENTENCING**

SARIS, U.S.D.J.                                                                                           August 13, 2004

The Sentencing previously scheduled for September 7, 2004 at 3:00 p.m., has been **rescheduled** to **September 7, 2004, at 4:00 p.m.**

**NOTE: Change is to time only.**

By the Court,

 /s/ Robert C. Alba
Deputy Clerk

Copies to:  All Counsel

resched.ntc