UNITED STATES DEPARTMENT OF JUSTICE
IMMIGRATION AND NATURALIZATION SERVICE
BOSTON, MASSACHUSETTS

PLEASE REFER TO THIS FILE NO.
A-29 118 635 DEP/SPC

Miguel Yanet ADAMES-Perez
c/o UNITED STATES IMMIGRATION SERVICE
BOSTON, MASSACHUSETTS

DATE: SEPTEMBER 26, 1989

I acknowledge receipt of
this notice _Miguel ya net adames_
Date
9-29-89

Dear SIR:

This is a warning. Please read carefully.

It has been ordered that you be deported to ___THE DOMINICAN REPUBLIC___.
You will be informed when departure arrangements are complete. If needful, we will assist you as much as possible arranging your personal affairs for departure.

Should you wish to return to the United States you must write this office or the American Consular Office nearest your residence abroad as to how to obtain permission to return after deportation. By law (Title 8 of United States Code, Section 1326) any deported person who within five years returns without permission is guilty of a felony. If convicted he may be punished by imprisonment of not more than two years and/or a fine of not more than $1,000.00.

Please keep this letter and refer to the above file number when writing to this office.

Very truly yours,

CHARLES T. COBB
DISTRICT DIRECTOR

Advertencia importante. Lea cuidadosamente este aviso.

Se ha ordenado deportarlo a _____.
Se le informará una vez finalizados los arreglos para su salida. Si fuera necesario, le prestaremos la mayor ayuda posible para arreglar sus asuntos personales antes de su salida.

Si usted deseara regresar a los Estados Unidos, debe escribir a esta oficina o al Consulado de los Estados Unidos más cercano a su residencia en el enterior con el fin de informarse sobre la forma de conseguir permiso para regresar después de haber sido deportado. Por ley (Título 8 del Código de los Estados Unidos, Sección 1326), toda persona deportada que, en un plazo de cinco años, regrese a los Estados Unidos sin permiso incurre en un delito mayor. De ser declarado culpable, puede recibir una pena de prisión no mayor de dos años y/o una multa que no exceda de 1.000 dólares.

Sírvase conservar esta carta y haga referencia al número de registro arriba indicado al escribir a esta oficina.

Form I-294
(Rev. 5-1-84)N
950-521

See Portuguese, Greek, Chinese, and French translations on reverse.