UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                    CRIMINAL NO.   04-10014-PBS

 MIGUEL ADAMES PEREZ
     Defendant

MEMORANDUM OF SENTENCING HEARING
AND
REPORT OF STATEMENT OF REASONS

Saris, D.J.

      Counsel and the defendant were present for sentencing hearing on
  9/7/04                    .  The matters set forth were reviewed and
considered.  The reasons for sentence pursuant to Title 18 U.S.C. 3553(c), as
set forth herein, were stated in open court.

   1.      Was the presentence investigation report (PSI) reviewed by counsel
           and defendant including any additional materials received
           concerning sentencing?

                   X   yes        ____  no

   2.(a)   Was information withheld pursuant to FRCrP
           32(c)(3)(A)?

                  ____ yes      X   no

     (b)   If yes to (a), has summary been provided by the court
           pursuant to FRCrP 32(c)(3)(B)?

                  ____ yes      ____ no N/A

   3.(a)   Were all factual statements contained in the PSI
           adopted without objection?

                   X   yes      ____ no

     (b)   If no to (a) the PSI was adopted in part with the
           exception of the following factual issues in dispute:

    (c)    Disputed issues have been resolved as follows after ___ evidentiary hearing, ___ further submissions and/or ___ arguments:

4.(a)    Are any legal issues in dispute?

        _X_ yes    ___ no

If yes, describe disputed issues and their resolution:

<u>BLAKELY V. WASHINGTON</u>

5.(a)    Is there any dispute as to guideline applications (such as offense level, criminal history category, fine or restitution) as stated in the PSI?

        ___ yes    ___ no

If yes, describe disputed areas and their resolution:

(b)    Tentative findings as to applicable guidelines are:

    Total Offense Level: __17__

    Criminal History Category: __I__

    __24__ to __30__ months imprisonment

    __24__ to __36__ months supervised release

    $__5,000__ to $__50,000__ fine

    (plus $_____ cost of imprisonment/supervision)

    $_____ restitution

    $__100.00__ special assessment ($_____ on each of counts _____)

6.(a)    Are there any legal objections to tentative findings?

        ___ yes    _X_ no

(b)    If no, findings are adopted by the Court.

(c)    If yes, describe objections and how they were addressed:

OR sentence hearing is continued to _____ to allow for preparation of oral argument or filing of written submission by _____ .

7.(a)   Remarks by counsel for defendant.[1]

         __X__ yes   _____ no

  (b)   Defendant speaks on own behalf.

         _____ yes   __X__ no

  (c)   Remarks by counsel for government.

         __X__ yes   _____ no

8.(a)   The sentence will be imposed in accordance with the prescribed forms in the Bench Book Sec. 5.02 as follows:

         _____18_____ months imprisonment WITH A RECOMMENDATION TO FT. DEVENS FOR A MEDICAL EVALUATION.

         _____ months/intermittent community confinement

         _____ months probation

         _____24_____ months supervised release

         $ _____ fine (including cost of imprisonment/supervision)

         $ ___NONE_____ restitution

         $ __100.00____ special assessment ($_____ on each of counts _____)

   **I WOULD IMPOSE THIS SENTENCE EVEN IF <u>BLAKELY</u> INVALIDATED THE GUIDELINES.**

   Other provisions of sentence: (community service, forfeiture, etc.):

   **DEFENDANT SHALL NOT RETURN TO THE UNITED STATES WITHOUT THE LEGAL AUTHORIZATION FROM THE DEPARTMENT OF HOMELAND SECURITY.**

  (b)   After imposing sentence, the Court has advised the defendant of the defendant's right to appeal within 10 days of the entry of judgment in accordance with FRCrP 32(a)(2).

9.      Statement of reasons for imposing sentence.
        Check appropriate space.

---

[1] The order of argument and/or recommendation and allocution may be altered to accord with the Court's practice.

    (a) \_\_\_ Sentence is within the guideline range and that range does not exceed 24 months and the Court finds no reason to depart from the sentence called for by application of the guidelines.

OR    \_\_\_ Sentence is within the guideline range and that range exceeds 24 months and the reason for imposing the selected sentence are:

    (b) \_\_\_ Sentence departs from the guideline range as a result of:

        \_\_\_ substantial cooperation upon motion of the government

OR

         _X_ a finding that the following (aggravating or mitigating) circumstance exists that is of a kind or degree not adequately taken into consideration by the Sentencing Commission in formulating the guidelines and that this circumstance should result in a sentence different from that described by the guidelines for the following reasons:

THE GUIDELINES DON'T TAKE INTO ACCOUNT A MISREPRESENTATION BY A LAW ENFORCEMENT AGENCY WHICH MISLED THE DEFENDANT INTO BELIEVING HE COULD RETURN AFTER 5 YEARS.

    (c) \_\_\_ Is restitution applicable in this case?

        \_\_\_ yes   _X_ no

Is full restitution imposed?

        \_\_\_ yes   _X_ no

If no, less than full restitution is imposed for the following reasons:

    (d) \_\_\_ Is a fine applicable in this case?

        _X_ yes   \_\_\_ no

Is the fine within the guidelines imposed?

        \_\_\_ yes   _X_ no

If no, the fine is not within guidelines or no fine is imposed for the following reasons:

  _X_ Defendant is not able, and even with the use of a reasonable installment schedule is not likely to become able, to pay all or part of the required fine; OR

  _X_ Imposition of a fine would unduly burden the defendant's dependents; OR

  \_\_\_ Other reasons as follows:

10.  Was a plea agreement submitted in this case?

                _____ yes   __X__ no

Check appropriate space:

___  The Court has accepted a Rule 11(e)(1)(A) charge agreement because it is satisfied that the agreement adequately reflects seriousness of the actual offense behavior and accepting the plea agreement will not undermine the statutory purposes of sentencing.

___  The Court has accepted either a Rule 11(e)(1)(B) sentence recommendation or a Rule 11(e)(1)(C) sentence agreement that is within the applicable guideline range.

___  The Court has accepted either a Rule 11(e)(1)(B) sentence recommendation or a Rule 11(e)(1)(C) sentence agreement that departs from the applicable guideline range because the Court is satisfied that such a departure is authorized by 18 U.S.C. 3553(b).

11.  Suggestions for guideline revisions resulting from this case are submitted by an attachment to this report.

                _____ yes   __X__ no

12.  The PSI is adopted as part of the record, either in whole or in part as discussed above and is to be maintained by the U.S. Probation Department under seal unless required for appeal.

13.  Judgment will be prepared by the clerk in accordance with above.

14.  The clerk will provide this Memorandum of Sentencing Hearing And Report on Statement of Reasons to the U.S. Probation Department for forwarding to the Sentencing Commission, and if the above sentence includes a term of imprisonment, to the Bureau of Prisons.

_____               __S/PATTI B. SARIS_____
    Date                                           United States District Judge

Case 1:04-cr-10014-PBS    Document 18    Filed 09/08/2004    Page 6 of 6